

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

March 26, 1962

Hon. Harold Hollingsworth     Opinion No. WW-1283
County Attorney
Kaufman County               Re:   Whether Article 286a of
Kaufman, Texas                     Vernon's Penal Code applies
                                   to the sale of mobile homes.

Dear Mr. Hollingsworth:

In your recent letter you request an opinion as
to whether Article 286a of Vernon's Penal Code prohibits
the sale of mobile homes (house trailers).

Article 286a provides in part as follows:

"Section 1.  Any person, on both the
two (2) consecutive days of Saturday and
Sunday, who sells or offers for sale or
shall compel, force or oblige his employees
to sell any ... motor vehicles; ... shall
be guilty of a misdemeanor.  Each separate
sale shall constitute a separate offense."

The prohibition of the Act includes "motor vehicles."
It does not cover mobile homes or house trailers.  A motor
vehicle by definition is a self-propelled vehicle.  Article
6701h, Section 1, Subdivision 3, Vernon's Civil Statutes;
Article 6675a-1, Section (b), Vernon's Civil Statutes;
Prudential Insurance Company of Great Britain v. Associated
Emp. Lloyds, 250 SW2d 477, 479, 480 (Civ. App. 1952).  Compare
Article 1436-1, Section 1, Vernon's Penal Code, where, for
the purpose of the Motor Vehicle Certificate of Title Act,
the term "motor vehicle" includes "house trailers."  Inasmuch
as mobile homes or house trailers are not self-propelled they
are not included in the items which cannot be sold under the
prohibition of Article 286a, V.P.C.

However, we call your attention to Article 286, V.P.C.
which provides that:

"Any merchant, grocer, or dealer in
wares or merchandise or traders in any
business whatsoever, ... or the agent
or employee of such person, who shall
sell, barter /etc.7... on Sunday shall
be fined not less than Twenty or more
than Fifty Dollars."

The constitutionality of these Sunday laws has been upheld. Gabel v. Houston, 29 Tex. 336 (1867), Bohl v. State, 3 Crim. Reports, 683; Usener v. State, 8 Crim. Reports 177; Ex Parte Sundstrom, 8 SW 207 (Tex. App. 1888), Whitcomb v. State, 17 SW 258, Tex. App. 1891, Todd v. State, 18 SW 642, (Tex. App. 1892); and Clark v. State, 319 SW2d 726, (Tex. Crim. 1959). It is therefore our opinion that whereas Article 286a does not prohibit the sale of mobile homes or house trailers on either of the two consecutive days of Saturday and Sunday, Article 286, V.P.C. does prohibit such sales on Sunday.

## S U M M A R Y

Article 286a, Vernon's Penal Code, does not prohibit the sale on both the consecutive days of Saturday and Sunday of mobile homes or house trailers. Article 286, V.P.C., does prevent the sale of mobile homes or house trailers on Sunday.

Yours very truly,

WILL WILSON
Attorney General of Texas

By Norman V. Suarez

Norman V. Suarez
Assistant Attorney General

NVS:bjh

APPROVED:

OPINION COMMITTEE:

W. V. Geppert, Chairman
Irwin R. Salmanson
Iola Wilcox
W. O. Shultz

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.